IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

SETH HOLLERICH

Criminal No. 25-161

## INFORMATION MEMORANDUM

AND NOW comes the United States of America, by its attorneys, Troy Rivetti, Acting United States Attorney for the Western District of Pennsylvania and Kelly M. Locher, Assistant United States Attorney for said District, and submits this Information Memorandum to the Court:

## I. THE INFORMATION

A one-count information was filed against the above-named defendant for an alleged violation of federal law:

| COUNT | OFFENSE/DATE | TITLE/SECTION |
|---|---|---|
| 1 | Possession of Contraband in Prison | 18 U.S.C. §§ 1791(a)(2) and 1791(b)(3) |
| | On or about November 26, 2024 | |

## II. ELEMENTS OF THE OFFENSE

### A. As to Count One:

In order for the crime of Possession of Contraband in Prison, in violation of 18 U.S.C. §§ 1791(a)(2) and 1791(b)(3), to be established, the government must prove all of the following essential elements beyond a reasonable doubt:

1.    That on or about the date set forth in the Information, the defendant possessed a prohibited object.

2.    That at the time the prohibited object was possessed, the defendant was an inmate of a federal correctional, detention or penal facility.

3.    That the prohibited object possessed by the defendant was an object designed to be used as a weapon (in the form of a "shank").

18 U.S.C. § 1791; United States v. Hendrickson, 949 F.3d 95 (3d Cir. 2020).

### III.  PENALTIES

**A.  As to Count One: Possession of Contraband in Prison (18 U.S.C. §§ 1791(a)(2) and 1791(b)(3)):**

1.    A term of imprisonment of not more than five (5) years.

2.    A fine of not more than $250,000.

3.    A term of supervised release of not more than one (1) year.

4.    Any punishment imposed shall be consecutive to the sentence being served by such inmate at the time of the violation.

### IV.  MANDATORY SPECIAL ASSESSMENT

A mandatory special assessment of $100.00 must be imposed at each count upon which the defendant is convicted, pursuant to 18 U.S.C. § 3013.

### V.  RESTITUTION

Not applicable in this case.

## VI.  <u>FORFEITURE</u>

Not applicable in this case.

Respectfully submitted,

TROY RIVETTI
Acting United States Attorney

<u>*/s/ Kelly M. Locher*</u>
KELLY M. LOCHER
Assistant United States Attorney
PA ID No. 322400