IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>SETH HOLLERICH,<br><br>    *Defendant*. | Criminal No. 2:25-cr-161 - 1<br><br>Hon. William S. Stickman IV |

## ORDER OF COURT

AND NOW, this 16th day of June 2025, IT IS HEREBY ORDERED that the Order of Detention Pending Trial signed by the undersigned on November 8, 2022, in 2:22-cr-225-1 at ECF No. 77, remains in full force and effect. Therefore, Defendant Seth Hollerich is ordered detained pending sentencing in this matter.

BY THE COURT:

*/s/ William S. Stickman IV*
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE